IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANDRA R. QUINN : 
    Plaintiff, : CIVIL ACTION
 : 
vs. : 
 : 
TRADITIONS OF AMERICA, L.P., : 
TIMOTHY R. MCCARTHY, and : 
J.R. REILLY, : No. 10-2462
    Defendants. : 

## ORDER

**AND NOW**, this **16th** day of **August, 2010**, upon consideration of Defendants' Motion to Dismiss Counts I, II, III, and IV of the Complaint, Plaintiff's response thereto and Defendants reply thereon, and for the reasons stated in the Court's Memorandum dated August 16, 2010, it is hereby **ORDERED** that:

1. Defendants' Motion (Doc. No. 7) is **GRANTED in part** and **DENIED in part**.

    a. Counts I, II, and III of Plaintiff's Complaint are hereby **DISMISSED**.

    b. Defendants' Motion is **DENIED** with respect to Count IV of Plaintiff's Complaint.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**